**Mark PARKHURST, Appellant,**

v.

**George A. LOMBARDI, Director, Division of Adult Institutions, Respondent.**

**No. WD 59320.**

Missouri Court of Appeals,
Western District.

Oct. 2, 2001.

Jerold L. Drake, Grant City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Bruce E. Hahn, Asst. Atty. Gen., Kansas City, MO, for respondent.

Before ULRICH, P.J.,
BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM:

Mark Parkhurst appeals the decision of the Personnel Advisory Board, demoting him to Corrections Caseworker I, effective

June 1, 1999, for swatting or patting a female subordinate on the buttocks and for making unprofessional and inappropriate statements. This court finds that there is substantial evidence in the record that Mr. Parkhurst slapped a subordinate's buttocks and made threatening statements, that the demotion was a proper exercise of the PAB's discretion, and that Mr. Parkhurst's threatening statements were not protected by his freedom of speech. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The decision of the PAB is affirmed. Rule 84.16(b).